**FARRELL, FRAULOB & BROWN**
A Professional Law Corporation
2315 Capitol Avenue
Sacramento, California 95816
Telephone: (916) 442-5835

JOSEPH C. FRAULOB - State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA VANCE,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security<br>Administration<br><br>Defendant. | CASE NO. 2:05-CV-00402-PAN<br><br>STIPULATIONS AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT AND/OR REMAND |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that plaintiff shall have until December 23, 2005, in which to file a Motion for Summary Judgement and/or Remand, in compliance with the Magistrate's Order.

The parties further stipulate that counsel for plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file. Counsel for defendant also authorizes counsel for plaintiff to electronically sign this stipulation on behalf of defendant.

This is the second extension granted.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | FARRELL, FRAULOB & BROWN |
| DATED:   November 23, 2005 | BY: /s/ Joseph Fraulob |
|   | JOSEPH FRAULOB<br>Attorney for Plaintiff |
|   | McGREGOR W. SCOTT,<br>UNITED STATES ATTORNEY |
| DATED:   November 23, 2005 | BY:/s/ Bobby J. Montoya |
|   | BOBBY J. MONTOYA<br>Assistant U.S. Attorney |

APPROVED AND ORDERED

Dated:  November 28, 2005.

  /s/ Peter A. Nowinski   
PETER A. NOWINSKI
Magistrate Judge