UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHAUNA VANCE,

        Plaintiff,               CIV. S-05-0402 PAN

    v.

JO ANNE B. BARNHART,           ORDER TO SHOW CAUSE
Commissioner of Social
Security,

        Defendant.

-o0o-

On February 24, 2005, plaintiff filed a complaint seeking review of a final decision of the Commissioner of Social Security denying plaintiff's application for disability benefits. The scheduling order filed March 1, 2005, required plaintiff file and serve a motion for judgment within 60 days after service of defendant's answer. Defendant served and filed an answer on August 25, 2005, but plaintiff has failed to file a motion for judgment despite receiving two extensions of time, the last of

1  which extended the deadline to December 23, 2005.

2         Within 11 days from the date of this order, plaintiff
3  shall show cause in writing why this action should not be
4  dismissed.

5         Dated:  February 13, 2006.

```
                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge
```